**FILED**

MAR 30 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| CARMEN L. McFERRIN, as Personal Representative of the Estate of GREGORY B. McFERRIN and CARMEN L. McFERRIN, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> MUHAMMAD "WALEED" KHAN, AARAV TRUCKING, LLC, GREWAL TRANS, INC., SAC TRANS, INC., FARASAT KHAN, C.H. ROBINSON WORLDWIDE, INC., and its Affiliated Broker Subsidiaries, a Foreign Corporation, THE CLOROX COMPANY, THE CLOROX SALES COMPANY, HV MANUFACTURING COMPANY AND DOES 1-7, Inclusive, <br><br> Defendants. | Cause No.: 15-CV-100-SEH <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Upon Plaintiffs' Unopposed Motion to Dismiss with Prejudice (Doc 108),

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs and attorneys' fees.

DATED THIS 30th day of March, 2017.

SAM E. HADDON
United States District Judge